[No. 14947-8-II.   Division Two.   June 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE BONDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04896-1, Waldo F. Stone, J., entered May 1, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 14530-8-II.   Division Two.   June 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LES HENRY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-01105-1, James D. Ladley, J., entered November 13, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 15092-1-II.   Division Two.   June 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN DAVID SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00151-8, Don L. McCulloch, J., entered June 20, 1991. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.